AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ **DISTRICT OF** MASSACHUSETTS _____

UNITED STATES OF AMERICA

**V.**

ADRIAN ALEXANDER GUTIERREZ RUIZ a/k/a
OSCAR LOPEZ RIOS

**CRIMINAL COMPLAINT**

CASE NUMBER: *MJ04-M-204 JLA*

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ August 30, 2001 _____ in _____ Suffolk _____ county, in the

_____ District of _____ Massachusetts _____ defendant(s) did, (Track Statutory Language of Offense)

willfully and knowingly make a false statement in an application for a passport with the intent to induce or secure the issuance of a U.S. passport,

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 1542 _____

I further state that I am a(n) _____ Special Agent, DSS _____ and that this complaint is based on the following
Official Title

facts:

See attached affidavit of DSS Special Agent Nicholas C. Porter

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

05-07-2004 _____    at    Boston, Massachusetts
Date                                         City and State

JOYCE LONDON ALEXANDER
United States Magistrate Judge

_____
Name & Title of Judicial Officer                  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## **AFFIDAVIT**

I, Nicholas Porter, having been duly sworn, hereby depose and state as follows:

1.  I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since April of 2002. As part of my official duties, I am assigned to investigate violations of matters relating to the U.S. Department of State, including passport and visa fraud, illegal, improper use and possession of identification documents and false statements made to illegally obtain passports and visas.

2. The information set forth in this affidavit is based upon my investigation as well as information provided by the Boston Passport Agency, and other public agencies. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to establish probable cause in support of a criminal complaint charging an individual named Adrian Alexander Gutierrez Ruiz (RUIZ), a/k/a Oscar Lopez Rios, with making false statements in an application for a United States passport, in violation of Title 18, United States Code, Section 1542.

3. On August 30 2001, a person claiming to be Oscar Lopez Rios submitted an application for a United States passport at the Roxbury, Massachusetts Post Office, and also submitted a birth

certificate from Puerto Rico reflecting that he was born there on July 23, 1972. The person also submitted a Massachusetts driver's license bearing his photo in the name of Oscar Lopez Rios and, as required, submitted two copies of a photograph of himself. One of the photographs was attached to the application at the time of its submission. A copy of both the application and birth certificate are attached to this affidavit.

4. Based on suspicions that the application contained false statements, the applicant was sent a ruse letter indicating that his application had been approved; however, the passport was not included in the correspondence. The applicant contacted the Passport Agency through a telephone number listed on the correspondence and made an appointment to come in and get his passport.

5. On January 14, 2003, RUIZ presented himself at the Boston Passport Agency and was interviewed by Diplomatic Security Service Special Agents Robert Gousie and Robert Goodrich. RUIZ confirmed that he is in fact the person who submitted the application in the name of Oscar Lopez Rios and that the photograph on the application was of him. Despite our questioning, RUIZ maintained that he was Oscar Lopez Rios throughout the interview.

6. On March 19, 2004, I and agents from the Bureau of Immigration and Customs Enforcement went to the address that the

2

applicant had provided on the passport application, 340 Shawmut Avenue, in Boston, MA, and interviewed the resident, a woman named Maria Gladys Ruiz.  We showed Ms. Ruiz a copy of the passport application submitted in the name of Oscar Lopez Rios. Ms. Ruiz stated that the person depicted in the picture is her son.  She stated that his true name is Adrian Alexander Gutierrez Ruiz and that he was born in Don Matias, Colombia.  A sworn statement was taken and is attached to this affidavit.

7.  Based on the foregoing, I have probable cause to believe that Adrian Alexander Gutierrez Ruiz, a/k/a Oscar Lopez Rios, on or about August, 30, 2001, did willfully and knowingly make a false statement on an application for a United States passport with the intent to induce or secure the issuance of a passport under the authority of the United States for his own use or use of another, in violation of Title 18, United States Code, Section 1542.

NICHOLAS C. PORTER
Special Agent
U.S. Department of State,
Diplomatic Security Service


Subscribed and sworn before me this ⧸ day of May, 2004, in Boston, Massachusetts.

JOYCE LONDON ALEXANDER
United States Magistrate Judge

3

UNITED STATES DEPARTMENT OF STATE
**APPLICATION FOR** [X] **PASSPORT** [ ] **REGISTRATION**
(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle)**
O S C A R   L O P E Z

**LAST**
R I O S

**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX**    **APT. #**
P . O . B O X . 1 8 0 7 1 2

**CITY**
B O S T O N   M A

**STATE**
MA

**ZIP CODE**
0 2 1 1 8

**COUNTRY / IN CARE OF (if applicable)**
U S

103816940

[ ] 5 Yr.  [X] 10 Yr.   Issue Date
D    D    DP
End. #_____    Exp. _____

**3. SEX** [X] M [ ] F

**4. PLACE OF BIRTH (City & State or City & Country)**
G U A Y N A B O   P U E R T O   R I C O

**5. DATE OF BIRTH**
Month / Day / Year
0 9 2 3 7 2

**6. SOCIAL SECURITY NUMBER** (SEE FEDERAL TAX LAW NOTICE ON PAGE 2)
58 / 53 / 1 / 94

**7. HEIGHT** Feet / Inches
5 08

**8. HAIR COLOR**
Brown

**9. EYE COLOR**
Brown

**10. HOME TELEPHONE**
(617) 905-6302

**11. BUSINESS TELEPHONE**
(617) 201-1167

**12. OCCUPATION**
SALEMAN

**13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX)    STREET/RFD #**
340 SHAWMUT AVE 1 BOSTON

**CITY**
MA

**STATE**

**ZIP CODE**
02118

**14. FATHER'S FULL NAME**
First   Lopez Crespo
**BIRTHPLACE**
P.Rico
**BIRTHDATE**
9-25-49
**U.S. CITIZEN** [ ] Yes [ ] No

**16. MOTHER'S FULL MAIDEN NAME**
Rios Martha Sis
**BIRTHPLACE**
P.Rico
**BIRTHDATE**
10-16-53
**U.S. CITIZEN** [ ] Yes [ ] No

**16. HAVE YOU EVER BEEN MARRIED?** [ ] Yes [ ] No

**SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH**
Last   First

**BIRTHPLACE**

**BIRTHDATE**

**U.S. CITIZEN** [ ] Yes [ ] No

**DATE OF MOST RECENT MARRIAGE**
Month  Day  Year

**WIDOWED/DIVORCED?** [ ] Yes Give Date [ ] No
Month  Day  Year

**17. OTHER NAMES YOU HAVE USED**
(1)                    (2)

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** [ ] Yes [X] No
IF YES, COMPLETE NEXT LINE AND SUBMIT PASSPORT IF AVAILABLE.

NAME IN WHICH ISSUED

MOST RECENT PASSPORT NUMBER

APPROXIMATE ISSUE DATE
Month  Day  Year

**DISPOSITION**
[ ] Submitted [ ] Stolen
[ ] Lost [ ] Other

It is necessary to submit a statement with an application for a new passport when a previous valid or potentially valid passport cannot be presented. The statement must set forth in detail why the previous passport cannot be presented. Use Form DSP-64.

**19. EMERGENCY CONTACT.** If you wish, you may supply the name, address and telephone number of a person not traveling with you to be contacted in case of emergency.

**NAME**

**STREET**

**CITY**    **STATE**    **ZIP CODE**

**TELEPHONE**
( )

**RELATIONSHIP**

**20. TRAVEL PLANS (not mandatory)**
Month  Day  Year
Date of Trip
Length of Trip

**COUNTRIES TO BE VISITED**

**21. STOP. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.**
I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

X _____
Parent's/Legal Guardian's Signature if identifying minor child

_____   Applicant's Signature - age 13 or older

**22. FOR ACCEPTANCE AGENT'S USE**
Subscribed and sworn to (affirmed) before me

Month  Day  Year
0 8 3 0 0 1    (SEAL)

(Signature of person authorized to accept application)

[ ] Clerk of Court; Location_____
[ ] Passport Agent
[ ] Postal Employee
[ ] (Vice) Consul USA

**23. APPLICANT'S IDENTIFYING DOCUMENTS**
[X] DRIVER'S LICENSE
[ ] PASSPORT
[ ] OTHER (Specify)_____  PLACE OF ISSUE: MASS

ISSUE DATE: _____
EXPIRATION DATE: 0 7 2 3 0 3

ID No. S4508038

ISSUED IN THE NAME OF: Oscar Lopez Rios

**24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)**
[ ] Birth Certificate  SR  CR  City  Filed/Issued: 7/31/72
[ ] Passport   Bearer's Name:
[ ] Report of Birth
[ ] Naturalization/Citizenship Cert.   No.:    Issued:
[ ] Other:
[ ] Seen & Returned
[ ] Attached

**APPLICATION APPROVAL**

**25.** $49.00
FEE_____  EXEC._____  EF_____  OTHER_____



# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)



DEPARTAMENTO DE SALUD
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE NACIMIENTO**
(CERTIFICATION OF BIRTH)

**NUMERO**

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-1972-00171-000000-001210

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)

OSCAR LOPEZ RIOS

DOMICILIO (DWELLING HOUSE)
GUAYNABO, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)          FECHA INSCRIPCION (REGISTRATION DATE)
23 JUL 1972                                          31 JUL 1972

LUGAR NACIMIENTO (BIRTHPLACE)                              SEXO (SEX)
GUAYNABO, PUERTO RICO                                        M

NOMBRE DEL PADRE (FATHER'S NAME)                          EDAD (AGE)
CRESCENCIO LOPEZ                                             23

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
CAGUAS, PUERTO RICO

NOMBRE DE LA  MADRE (MOTHER'S NAME)                       EDAD (AGE)
MARTA IRIS RIOS                                              17

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
RIO PIEDRAS, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
13 JUN 2001

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE
NACIMIENTO OFICIALMENTE INSCRITO EN EL
REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO
LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL
22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED
IN THE DEMOGRAPHIC REGISTRY OF PUERTO
RICO ISSUED UNDER THE AUTHORITY OF
LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

DEPARTAMENTO DE
**SALUD**
GOBIERNO DE PUERTO RICO

*Dando Salud... a tu Vida.*



**ADVERTENCIA: Cualquier alteración o borradura cancela esta certificación.**

**WARNING: Any alteration or erasure voids this certification.**



**United States Department of State**
*Washington, D.C. 20520*

# DECLARATION JURADA

Lugar: _340 SHAWMUT AVE. APT. #1_

Fecha: _3/19/04_

Por medio de la presente, yo _MARIA HERNANDEZ_,
de mi propia voluntad, hago la siguiente declaracion a: _NICHOLAS PORTER_
_EDGAR VASQUEZ AND MARK ARNOTT FEDERAL AGENTS_, quienes han
identificado como Agente Especial del Servicio de Seguridad Diplomatica
del Departamento de Estado de los Estados Unidos de America.

Q. WHAT IS YOUR TRUE AND COMPLETE NAME?
A. MARIA GLADYS RUIZ
Q. WHEN AND WHERE WERE YOU BORN?
A. I WAS BORN IN SANTA ROSA DE OSOS, COLOMBIA ON 4/27/51
Q. WHAT IS YOUR STATUS IN THE US?
A. PERMANENT RESIDENT
Q. DO YOU HAVE AN ALIEN IDENTIFICATION #. WHAT IS IT?
A. A79 674 214
Q. HOW MANY CHILDREN DO YOU HAVE?
A. I HAVE 5 CHILDREN.
Q. HOW MANY OF THEM ARE IN THE US?
A. I HAVE TWO.
Q. CAN YOU PLEASE NAME THEM, WITH DATES OF BIRTH?
A. THE FIRST ONE IS ADRIAN GUTIERREZ RUIZ AND JONATHAN RUIZ
THEY WERE BORN IN 9/16/76 AND 8/17/89 RESPECTELY
Q. FROM THE PHOTOGRAPH WE SHOWED YOU, CAN YOU IDENTIFY
HIM?
A. YES, SIR.
Q. WHO IS THE PERSON IN THIS PHOTOS?

Pagina__de__Paginas



A. THAT IS ADRIAN   (SHOWN EXIBIT #1)
Q. WHO IS THIS PERSON IN EXIBIT #2 ?
A. HE IS ADRIAN.
Q. WHO IS THE PERSON IN EXIBIT #3 ?
A. HE ALSO IS ADRIAN.
Q. IS HE YOUR SON?
A. YES, SIR.
Q. WHERE WAS ADRIAN BORN ?
A. DON MATIAS, COLOMBIA.
Q. DO YOU HAVE ANY QUESTIONS OR ANYTHING ELSE YOU
   WOULD LIKE TO ADD TO THIS STATEMENT?
A. I HAVE NO QUESTIONS.
Q.
              END OF THE STATEMENT

Bajo juramento declaro que el contenido de esta declaracion de _2_ paginas es verdadera
y correcta; que hice esta declaracion de mi propia voluntad y acuerdo, sin que se me haya
hecho alguna promesa de imunidad, y sin que se haya utilizado alguna amenaza,
inimidacion, o ceorcion, en mi contra. Se me ha tratado con cortesia y no tengo objecion
ni queja sobre la conducta de los oficiales que me entrevistaron.

Firma: x _Maria Hernandez_
Nombre: _340 SHAWMUT AVE. #1_
Direccion: _BOSTON MA._

Subscribed and sworn before me on _____ _MARCH 19, 2004_
                                                 (Date)

ICE IMMIGRATION AGENT

ICE IMMIGRATION AGENT                    (Address)

Special Agent
U.S. Department of State                 Special Agent
Diplomatic Security Service              U.S. Department of State
                                         Diplomatic Security Service

            Pagina__de__Paginas

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. __II__     **Investigating Agency** __DSS__

**City** __Boston__      **Related Case Information:**

**County** __Suffolk__     Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Adrian Alexander Gutierrez Ruiz__     Juvenile ☐ Yes ☒ No

Alias Name __Oscar Lopez Rios__

Address __340 Shawmut Avenue, Boston, MA__

Birth date: __1976__ SS#: _____ Sex: __M__ Race: __Hisp.__ Nationality: __Colombian.__

**Defense Counsel if known:** _____ **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Donald L. Cabell__     **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** __February 3, 2004__

☐ Already in Federal Custody as _____ in _____ .
☒ Already in State Custody __Plymouth CCF__ ☐ Serving Sentence ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** May 7, 2004     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Adrian Alexander Gutierrez Ruiz _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1542 | False Statements to Obtain Passport | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**     DSS _____

ruiz cover sheet.wpd – 3/13/02