```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|   |   |
|---|---|
| UNITED STATES OF AMERICA ) | **05CR 10095 PBS** |
| ) | |
| v. ) | CRIMINAL NO. |
| ) | |
| ADRIAN ALEXANDER GUTIERREZ RUIZ ) | VIOLATION: |
| a/k/a OSCAR LOPEZ RIOS ) | 18 U.S.C. § 1542 - |
| ) | Passport Fraud |

<u>INDICTMENT</u>

<u>COUNT ONE</u>:     (18 U.S.C. § 1542 -- False Statement In Connection With Passport Application)

The Grand Jury charges that:

On or about August 30, 2001, at Boston, in the District of Massachusetts,

ADRIAN ALEXANDER GUTIERREZ RUIZ, a/k/a OSCAR LOPEZ RIOS, the defendant herein, did willfully and knowingly make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
DONALD L. CABELL
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                          Apr. 6, 2005 @ 12:20 PM
                                                                GJ 1:30 PM

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

≈JS 45 (5/97) - (Revised USAO MA 3/25/02)

05 CR 10095 PBS

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. II   Investigating Agency  DSS

City  Boston          Related Case Information:

County  Suffolk       Superseding Ind./ Inf. _____  Case No. _____
                      Same Defendant _____  New Defendant _____
                      Magistrate Judge Case Number  MJ04-M-204-JLA
                      Search Warrant Case Number _____
                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Adrian Alexander Gutierrez Ruiz         Juvenile  ☐ Yes  ☒ No

Alias Name  Oscar Lopez Rios

Address  340 Shawmut Avenue, Boston, MA

Birth date: 1976   SS#: _____   Sex: M   Race: Hisp.   Nationality: Colombian.

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Donald L. Cabell           Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  MCI-Concord   ☒ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 6, 2005        Signature of AUSA:  *[signed]*

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Adrian Alexander Gutierrez Ruiz

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1542 | False Statements to Obtain Passport | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**     DSS

_____

_____

ruiz cover sheet.wpd - 3/13/02