# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: Superintendent William Coalter
        Concord (M.C.I.)
        965 Elm St., P.O. Box 9106
        Concord, Massachusetts 01742

YOU ARE COMMANDED to have the body of **ADRIAN ALEXANDER GUTIERREZ RUIZ** (D.O.B.: 1976, SS#: N/A) now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom No. 24, on the 7th floor, Boston, Massachusetts on April 25, 2005, at 3:30 P.M. for the purpose of an **Initial Appearance and Arraignment on the Indictment** in the case of UNITED STATES OF AMERICA v. ADRIAN ALEXANDER GUTIERREZ RUIZ CR Number 05-10095 PBS. And you are to retain the body of said ADRIAN ALEXANDER GUTIERREZ RUIZ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said ADRIAN ALEXANDER GUTIERREZ RUIZ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 22ND day of APRIL, 2005. _____

        HONORABLE JOYCE LONDON ALEXANDER
        U.S. MAGISTRATE JUDGE

        By the Court:

_____         /S/ Rex Brown_____
        Courtroom Clerk