UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL NO. 05-10095-PBS
)
ADRIAN ALEXANDER GUTIERREZ RUIZ )
a/k/a OSCAR LOPEZ RIOS )

## W A I V E R

I, ADRIAN ALEXANDER GUTIERREZ RUIZ, a/k/a OSCAR LOPEZ RIOS, fully understand that in the event bail is set in the above-styled case in Federal Court, a Federal Detainer will be placed against me at MCI-Concord in Concord, Massachusetts, and said Detainer will remain on file at that institution.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the Federal Court securing my presence for future proceedings on the above-styled Federal Indictment.

I have discussed this matter fully with my attorney and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings on Criminal No. 05-10095-PBS, and I further voluntarily consent to the Federal Court issuing Writs of habeas Corpus Ad Prosequendum whenever my presence is needed in Federal Court, and voluntarily consent to be returned to state custody after each proceeding at which my

FILED
In Open Court
USDC, Mass
Date 4/26/05
By ___

presence was achieved through a Federal Writ of Habeas Corpus Ad Prosequendum.

_____
ADRIAN ALEXANDER GUTIERREZ RUIZ
a/k/a OSCAR LOPEZ RIOS
Defendant

_____
Signature of Witness

Gabriel Hadad (Spanish interpreter)
_____
Typed or Printed Name of Witness

Date signed: 4/26/05

Place signed: Boston