UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 05-10095 PBS

ADRIAN ALEXANDER GUTIERREZ RUIZ
    Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On June 7, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that deserve special attention or modification of the standard schedule;

3. There is no supplemental discovery anticipated;

4. There is no discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: April 26, 2005, through May 24, 2005 (28 days), for a total of one twenty-eight (28) days as of June 7, 2005. The parties made oral motion to exclude the time period of may 24, 2005, through June 7, 2005. The parties have not yet submitted written motion to exclude the time period from May 24, 2005, through June 7, 2005 (14 days), and June 7, 2005, through July 20, 2005 (43 days). The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of June 7, 2005;

6. Trial is necessary. The estimated duration of trial is unclear;

7. There are no other matters.

    IT IS HEREBY ORDERED THAT

     A motion date  pursuant to Fed. R. Crim. P. 12 (c) has not been established.  An **final Status Conference**  is scheduled at **11:00 a.m.** on **July 20, 2005,** in Courtroom 24, 7th floor.

                         HONORABLE JOYCE LONDON ALEXANDER
                         U.S. MAGISTRATE JUDGE

                         By the Court:

<u>June 30, 2005</u>               <u>/S/ Rex Brown         </u>
Date                         Courtroom Clerk
                            (617) 748-9238