```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 05-10095-PBS |
| ADRIAN ALEXANDER GUTIERREZ RUIZ<br>a/k/a OSCAR LOPEZ RIOS | ) ) ) | |

**GOVERNMENT'S ASSENTED-TO MOTION TO EXCLUDE TIME**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Donald L. Cabell, hereby moves with the defendant's assent that the Court enter an order excluding the time period from the parties' initial status conference on April 26, 2005 to the final status conference on July 20, 2005.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:

                    /s/Donald L. Cabell
                    DONALD L. CABELL
                    Assistant U.S. Attorney

<u>INDICTMENT</u>

COUNT ONE:    (18 U.S.C. § 1542 -- False Statement In Connection
                With Passport Application)

The Grand Jury charges that:

On or about August 30, 2001, at Boston, in the District of Massachusetts,

ADRIAN ALEXANDER GUTIERREZ RUIZ, a/k/a OSCAR LOPEZ RIOS, the defendant herein, did willfully and knowingly make a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DONALD L. CABELL
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS                               Apr. 6, 2005


Returned into the District Court by the Grand Jurors and filed.


                                        _____
                                        Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.  )<br>)<br>)<br>)  No.<br>)<br>ADRIAN ALEXANDER GUTIERREZ RUIZ, )<br>a/k/a )<br>OSCAR LOPEZ RIOS )<br>)<br>) | |

    I, the undersigned, foreperson of the grand jury of this Court, at the term begun and held at Boston, Massachusetts on the 6th day of April, A.D. 2005, in pursuance of Rule 6(c) of the Federal Rules of Criminal Procedure, do herewith file with the Clerk of the Court a record of the number of grand jurors concurring in the finding of the indictment in the above case, this record not to be made public except on order of the court, to wit:

_____ grand jurors concurring.

_____
FOREPERSON