UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 05 - 10095-PBS

UNITED STATES OF AMERICA

v.

Ruz
_____

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On 7/20/05, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are/are not features of case that deserve special attention or modification of the standard schedule.

2. Discovery is/is not complete and there are/are no pending motions. If there are pending motions, then the pending motions include _____

3. Supplemental discovery anticipated ___No___

4. (a) Total amount of time ordered excluded under the Speedy Trial Act _4/26/05 — 7/20/05_

   (b) Amount of time remaining under the Speedy Trial Act before trial must commence _56 days_

   (c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act ___None___

5. (a) The defendant does/does not intend to raise a defense of insanity.
   (b) The defendant does/does not intend to raise a defense of public authority.

6. The Government has/has not requested notice of alibi by the defendant.

7. (a) Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial ___N/A___

1

(b) Briefing schedule established _____ N/A _____

8. Need for schedule concerning any matter in the case other than trial __ Plea hearing __

9. Possibility of early resolution of case without trial __ Yes — Plea __

10. Trial is / is not necessary. Estimated duration of trial

11. Other matters _____ None _____

IT IS HEREBY ORDERED THAT

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

By the Court,

Date 7/20/05

_____
Deputy Clerk