UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, MCI Concord, 965 Elm St., Concord, MA.

YOU ARE COMMANDED to have the body of Adrian Alexander Gutierrez Ruiz* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on November 2, 2005, at 3:00 p.m. for the purpose of a Sentencing in the case of United States of America V. Adrian Alexander Gutierrez Ruiz, CR Number 05-10095-PBS.  And you are to retain the body of said Adrian Alexander Gutierrez Ruiz while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Adrian Alexander Gutierrez Ruiz to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 25th day of October, 2005.

\* D.O.B unknown
   SS# unknown


PATTI B. SARIS
United States District Judge

                                              Sarah Thornton, Clerk


                                              By: /s/Robert C. Alba
                         SEAL                 Deputy Clerk